


**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

August 20, 2025

  Clerk, San Luis Obispo Superior Court
  1050 Monterey
  San Luis Obispo, CA 93408

Re:  Case Number:      2:25−cv−07307−SB−SP
     Previously Superior Court Case No.      22CV0127
     Case Name:      Mark Andre Dennis v. Cienega Ranchers LLC et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on      8/19/2025     , the above−referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

                             Respectfully,

                             Clerk, U.S. District Court

                             By:  /s/ *Grace Kami*
                                 Deputy Clerk
                                 grace_kami@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

                             Clerk, Superior Court

_____                By: _____
Date                                                               Deputy Clerk