

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

September 2, 2025

  Clerk, San Luis Obispo Superior Court  
  1050 Monterey, Room 220  
  San Luis Obispo, CA 93408  

Re:  Case Number:      2:25−cv−07307−SB−SP    
     Previously Superior Court Case No.     25M−03404    
     Case Name:      The People of The State of California v. Mark Andre Dennis    

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     8/29/2025    , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Grace Kami*  
     Deputy Clerk
     grace_kami@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____           By: _____
Date                                          Deputy Clerk